# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# DOCKET NO. 7:16-CR-62-1BO

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER MODIFYING SUPERVISION** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Michael Earl Eaton** | ) | |
| | ) | |

On December 8, 2016, Michael Earl Eaton appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. §2250(a), Failure to Register as Required Under the Sex Offender Registration and Notification Act was sentenced to the custody of the Bureau of Prisons for a term of 24 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Michael Earl Eaton was released from custody and the term of supervised release commenced on December 22, 2017.

On October 26, 2017, a memo was submitted to the court by the probation office outlying the fact that the defendant had a history of substance abuse and mental health issues along with a prior sex offense conviction. The defendant was presented with a waiver of hearing form with suggested additional conditions of supervised release which he refused to sign. It was requested that a hearing be held to address the possible modification of supervision.

From the information presented at the hearing held on January 5, 2018, the court ordered that supervised release be modified to include the following conditions:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

This the 5th day of January, 2018.

Terrence W. Boyle
U.S. District Judge